**LAW OFFICES OF ADAM SHORE, PLLC**
100 Park Avenue, Suite 1600
New York, New York 10017
(t) 646-476-4296
(f) 646-390-7422
atsesq@gmail.com

June 28, 2012

<u>VIA ECF</u>
Senior Judge Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Costello v. Shahid Din d/b/a Subway
           <u>Case Number: 11cv0287</u>

Dear Judge Johnson:

    We represent the Plaintiff, Mike Costello, in the above-referenced matter. We write to respectfully request an adjournment of Friday's conference. The Plaintiff's phone number where he can be reached is currently unkown. Mr. Costello advised me of his address and telephone number abroad. The telephone number he gave was 011353871833190. However, this number is not in service. Mr. Costello's home number is 718-596-5051. I have sent Mr. Costello a letter (Exhibit "A"), directing him to call me as soon as possible in order to secure his presence either in person or via telephone. The undersigned therefore respectfully requests an adjournment of the hearing.

           Respectfully submitted,

           <u>s/Adam Shore</u>
           **A**dam T. Shore, Esq.

           &

           <u>B. Bradley Weitz</u>
           s/B. Bradley Weitz, Esq.