**LAW OFFICES OF ADAM SHORE, PLLC**
100 Park Avenue, Suite 1600
New York, NY 10017
(t) 646-476-4296
(f) 646-390-7422
atsesq@gmail.com

June 27, 2012

**VIA FIRST CLASS MAIL**
Mr. Mike Costello
2 Sonas Village
Colghanboy Athlone County Westmeath, Ireland

**VIA FIRST CLASS MAIL**
Mr. Mike Costello
1801 Dorchester Road, Apt. 1C
Brooklyn, New York 11226

        Re:    Costello v. Shahid Din d/b/a Subway
                 Case No.: 11 Civ. 0287

Dear Mr. Costello:

    Please contact me at 646-476-4296 as soon as possible. The Court has Ordered that I provide a telephone number where you can be reached for a court conference scheduled for June 29, 2012 at 9:30 a.m. I have tried reaching you at your home number as well as the number you provided prior to leaving to Ireland: 011353871833190; this number is not in service.

    Again, please contact me as soon as possible with a phone number where you can be reached.

                                                      Sincerely yours,

                                                      Adam T. Shore