36-09 Main ST. Suite 7B
Flushing NY 11354
Phone : (718) 445- 9111
       (718) 445-4697
Fax:   (718) 445-5424

# LAW OFFICE OF MING HAI, PC

June 28th, 2012

SENIOR JUDGE STERLING JOHNSON, JR.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Courtroom Deputy: Ana Rodriguez

Re:
Costello v. Din et al
Case Number:    1:11-cv-00287-SJ-VVP

Dear Judge Johnson,

  This firm represents the co-defendant Din in this action. Plaintiff's action as against my client has been dismissed after a settlement agreement between parties. The court has not retained any jurisdiction over this defendant. And the Defendant Din has paid whatever due under the settlement agreement to plaintiff's attorney already. We are not part of the case anymore, even though plaintiff's case as against other co-defendants may continue.

  I just checked my email tonight after a long day of 9 hours of deposition, found that a conference has been scheduled for tomorrow morning, even though I am not required to show up personally, I can be reached at my cell phone at 917 6482582 in the event that the court needs to speak to me.

  I have contacted and communicated with plaintiff's attorney Mr. Adam Shore tonight for same reason.

  Thank you very much.

Respectfully submitted,

Ming Hai